RECEIVED
IN MONROE, LA

JAN 0 9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 06-30040-01** |
| **VERSUS** | * | **JUDGE JAMES** |
| **MARILYN PATRICIA CORLEY** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Marilyn Patricia Corley, and adjudges her guilty of the offense charged in Count One of the indictment against her.

THUS DONE AND SIGNED this 9 day of January, 2006; 2007 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION